# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DUANE PERKINS, et al.,** ) | |
|             **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION** |
| ) | |
| ) | **No. 04-2019-KHV** |
| **RENT-A-CENTER, INC.,** ) | |
| ) | |
|             **Defendant.** ) | |
| _____) | |

## **ORDER**

Fourteen plaintiffs brought suit against Rent-A-Center, Inc., claiming that defendant discriminated against them because of race in violation of 42 U.S.C. § 1981 and other federal statutes. All plaintiffs except for Bene't Williams have been dismissed from the case. This matter comes before the Court on Defendant's Motion To Dismiss (Doc. #192-1) filed February 7, 2006. Plaintiff has not filed a response.

Pursuant to D. Kan. Rule 7.4, if a respondent fails to file a timely response, "the motion will be considered and decided as an uncontested motion, and ordinarily will be granted without further notice." In the alternative, the Court has reviewed the record and finds that judgment is appropriate for substantially the reasons stated in support of defendant's motion to dismiss.

**IT IS THEREFORE ORDERED** that Defendant's Motion To Dismiss (Doc. #192-1) be and hereby is **SUSTAINED**.

**IT IS FURTHER ORDERED** that the case is **DISMISSED WITH PREJUDICE**. **The Clerk is directed to enter judgment for defendant.**

Dated this 24th day of April, 2006 at Kansas City, Kansas.

<u>s/ Kathryn H. Vratil</u>
KATHRYN H. VRATIL
UNITED STATES DISTRICT JUDGE